# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PETER J. FORSTNER | ) | Case Number 18-27360 |
| | ) | Judge Pamela S. Hollis |
| Debtor. | ) | |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Secured Creditor, LAKEWOOD VALLEY TOWNHOME CONDOMINIUM ASSOCIATION respectfully requests that the mailing address pertaining to Notices and Payments, listed in the above stated case be changed.

**Address where Notices and Payments to the creditor are to be sent:**

**From:**

Cervantes Chatt & Prince P.C.

16w343 83rd St Ste A

2017 LM 002195

Burr Ridge, IL 60527

**To:**

Lakewood Valley Townhome Condominium Association

c/o Cervantes Chatt & Prince P.C.

16W343 83rd Street, Suite A

Burr Ridge, IL 60527


Dated: October 26, 2018              Respectfully Submitted,

                                     Lakewood Valley Townhome Condominium Association

William O. Chatt                     By: /s/ *William O. Chatt*
Robert M. Prince                              One of its attorneys
Rachel M. Nagrant
**Cervantes Chatt & Prince P.C.**
Attorney Number 6291467
Attorney For Creditor
16w343 83rd Street, Suite A
Burr Ridge, Il 60527
(630) 326-4930


**This firm is considered a debt collector.**
**This is an attempt to collect a debt and any and all information obtained may be used for this purpose.**